# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER HILTON RANDLES,  )  <br>     Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION,) <br>     Defendant.  ) | CIVIL ACTION 1:22-00405-KD-MU |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated February 27, 2023 (Doc. 24) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Defendant's Motion to Dismiss the Amended Complaint (Doc. 15) is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED** without prejudice.[1]

**DONE** and **ORDERED** this the **12th** day of **April 2023**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Although six (6) months have passed since Plaintiff initiated his administrative claim in October 2022, the Court lacked jurisdiction at the time the Complaint was filed on October 17, 2022. See, e.g., McNeil v. U.S., 508 U.S. 106 (1993); Davis v. United States, 272 Fed. Appx. 863 (11th Cir. 2008).